Stoute v PayPal

FILED IN CLERKS OFFICE
2023 JAN 17 PM 4: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

This complaint is to vindicate the Plaintiff of deprivation of constitutional rights by the actions of PayPal.

1. The Plaintiff Stephen stoute opened up an account with EBay. In order to sell items on EBay, a seller is required to open a PayPal account.
2. The Plaintiff opened a PayPal account.
3. The Plaintiff sold more than $700 dollars' worth of items on eBay.
4. The Plaintiff noticed that more than $500 went missing from his account. The Plaintiff contacted eBay regarding the matter. EBay did not resolve the issue.
5. The Plaintiff noticed that more money went missing from his account. This money was for two items sold and in the buyer's possession.
6. The Plaintiff found this business practice to be deceptive and fraud.
7. The Plaintiff per Massachusetts law sent a chapter93A demand letter to Ebay.
8. The Plaintiff waited 30 days per Chapter 93A law before commencing a lawsuit.
9. Ebay never responded to the Plaintiffs Chapter 93A demand letter.
10. Before commencing a law suit the plaintiff filed a complaint against ebay with the Better business bureau to give Ebay a chance at redemption.
11. Ebay got no where with Ebay.
12. The Plaintiff filed a complaint with the Better business bureau against Paypal.
13. Paypal stated that they would send an email to the Plaintiff.
14. The Plaintiff never received an email from the Plaintiff.
15. The Plaintiff filed another complaint against paypal with the BBB.
16. Again Paypal claimed that they sent an email.
17. The Plaintiff never received an email stating whether paypal was going to give him his money and pay for emotional distress and other damages.
18. The Plaintiff was seeking to have paypal give him his money either as a check.
19. Paypal deprived the plaintiff of property owed to him.
20. Paypal deprived the plaintiff of his right to be secured in his person.
21. Paypal deprived the Plaintiff of his privacy as the plaintiff no only has the right to possess money he also has the right to privacy in how he decides to spend his own money. Paypal doesn't have the right to hold the plaintiff money (property) and monitor how he spends his money. Furthermore, Paypal doesn't have the right to levy the plaintiff money each time he spends it. Paypal also violated the Plaintiff liberty as the Plaintiff has the right to use his money in his pursuit of happiness and right to life.
22. The Plaintiff seeks $800 for items sold and $30,000 for emotional distress and violating the Plaintiff civil liberty and constitutional rights. The Plaintiff has suffered emotional distress for more than a year fighting to get property that belongs to him.

*[signature]*

All Rights Reserved

